IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAY 20 2015

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| JAMES H. WATSON, AND OTHERS SIMILARLY SITUATED, | § § § | |
| Plaintiffs, | § § | |
| VS. | § | NO. 4:15-CV-335-A |
| CITY OF ALLEN, ET AL., | § § § | |
| Defendants. | § | |

ORDER

This action was brought before the court by notice of removal filed by defendants American Traffic Solutions, Inc. And American Traffic Solutions, L.L.C. on May 5, 2015. Pursuant to the court's standing order, the removing parties were required to file within three business days the original and one copy of each document electronically filed, with a copy of the notice of electronic filing related to the previous electronic filing stapled to the front, and in a form meeting the requirements of the Federal Rules of Civil Procedure, local rules applicable to paper filings, and the undersigned's judge-specific requirements available at http://www.txnd.uscourts.gov/judges/jmcbryde_req.html. The documents subsequently filed by the removing parties are deficient in many respects. For example, they do not bear a proper caption; they bear the signature of a law firm rather than an individual attorney; and, the exhibits are not in an

appropriate appendix, tabbed or bound or preceded by an index. Accordingly, the court is ordering that the paper copies submitted for filing be stricken and that the removing parties file appropriate replacements. Moreover, it does not appear that removing defendants have designated local counsel.

The court ORDERS that the paper documents submitted for filing in the above captioned-action, which bear file marks of May 5, 2015, to wit: the notice of removal and certificate of interested persons, be, and are hereby, stricken from the record. The court further orders that by 4:00 p.m. on May 26, 2015, defendants American Traffic Solutions, Inc. and American Traffic Solutions, L.L.C., file appropriate replacements in the form required by the court's standing order. Failure to comply in any respect with this order may result in the imposition of sanctions.

SIGNED May 20, 2015.

_____
JOHN McBRYDE
United States District Judge