IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JAMES H. WATSON, AND OTHER SIMILARLY SITUATION, | § § § § | |
| PLAINTIFFS, | § § | |
| VS. | § § | NO. 4:15-CV-335-A |
| CITY OF ALLEN, ET AL. | § § § | |
| DEFENDANTS. | § | |

**DEFENDANT THE CITY OF FRISCO'S
UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE ITS ANSWER OR OTHER RESPONSIVE PLEADING**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, The City of Frisco, Texas ("Frisco"), one of the Defendants in the above-styled and numbered cause, and, pursuant to Federal Rule of Civil Procedure 6(b), files this its Unopposed Motion for Extension of Time to File Its Answer or Other Responsive Pleading, and in support thereof would show the Court:

**I.
INTRODUCTION**

Frisco received a citation and Plaintiff's First Amended Petition in the above-styled and numbered cause on May 7, 2015. These were documents issued by the Tarrant County District Clerk due to the fact that this action was originally filed in

state court and has since been removed by Defendants American Traffic Solutions, Inc. and American Traffic Solutions, LLC. *See* Doc. 1. Frisco learned of this removal and, accordingly, files this motion seeking relief in this Court pursuant to Federal Rules of Civil Procedure. *See Taylor v. Bailey Tool & Mfg. Co.*, 774 F.3d 944, 946-47 (5th Cir. 2014) Federal rules apply after removal.). In order to allow Frisco's counsel to have appropriate time to evaluate all of the City's defenses to the allegations the Plaintiffs have made against it, as well as confer and coordinate with other Defendants in this matter with similar interests, Frisco requests an extension until July 17, 2015 to file its Answer or other responsive pleading. Defendant City of Frisco made the same request (ECF No. 6) which the Court granted (ECF No. 7).

## II.
## FRISCO REQUESTS AN EXTENSIONM UNTIL JULY 17, 2015 TO FILE ITS ANSWER OR RESPONSIVE PLEADING

Federal Rule of Civil Procedure 6(b) permits a court to extend the time to perform an act based upon a good cause standard when a request for such an extension is made before the original time, or its previous extension expires. FED. R. CIV. P. 6(b); *Conn v. United States*, 823 F. Supp. 2d 441, 444 (S.D. Miss. 2011).

Good cause exists herein for the extension of time requested. In this regard, the case at bar includes a vast number of municipalities named as Defendants. Specifically, the Plaintiffs have sued fifty-three (53) cities, several corporate

Defendants, and the State of Texas.[1]  It will require time for those governmental entities to be served, retain appropriate counsel, and coordinate any appropriate response such that this Court's resources are not unnecessarily strained through the process of many multiple Defendants acting independently when their interests are equally aligned.  Moreover, the Plaintiffs' First Amended Petition raises a cornucopia of issues under the Texas Constitution.  Frisco's counsel requires time to evaluate the propriety of such claims and either prepare an answer to the Plaintiff's complaint or, alternative, prepare and properly brief a motion under Rule 12 of the Federal Rules of Civil Procedure.  *See* Fed. R. Civ. P. 12(b) ("A motion asserting any of these defenses must be made before pleading if a responsive pleading is allowed.").  Simply put, granting the extension of time requested herein will allow the undersigned to fully coordinate and research this matter and file the appropriate responsive pleading or motion to the Plaintiff's live pleading such that a just result is obtained.

Further, the Plaintiffs will not be prejudiced by the sought delay.  Plaintiffs have sued a vast number of Defendants and are attempting to bring this claim as a class action.  *See* Doc. 1.  The delay requested by Frisco will have no impact on the deadlines applicable to the many other Defendants to this action.  Further, this Court's grant of same will not delay the issuance of its Status Report Order pursuant to the

---

[1] *See* Plaintiffs' First Amended Petition, pp. 1-2.

Specific Requirements of this Court. *See* Specific Requirements of the Honorable Judge John H. McBride at I(B), *available at* http://www.txnd.uscourts.gov. In this regard, Frisco does not anticipate that its delay in filing its Answer or other responsive pleading will delay the issuance of said Order or the deadline for complying therewith.

For the reasons heretofore discussed, the request for the extension made herein is not for purposes of delay and is made in good faith.

### III.
### CERTIFICATE OF CONFERENCE

In compliance with Local Rule 7.1 on May 22, 2015 the undersigned personally conferred with counsel for the Plaintiff, Russell J. Bowman, who has indicated that he is not opposed to the granting of this Motion which is being presented to the Court for determination.

### IV.
### PRAYER

WHEREFORE, PREMISES CONSIDERED, Defendant The City of Frisco, Texas prays that its Unopposed Motion for Extension of Time be granted and that the date for it to file its Answer or other responsive pleading be extended up to and including July 17, 2015.

Respectfully submitted,

_/s/ Richard Abernathy_

**Richard Abernathy**
State Bar No. 00809500
rabernathy@abernathy-law.com
**Ross Wells**
State Bar No. 24047087
rwells@abernathy-law.com
**Ryan D. Pittman**
State Bar No. 24060428
rpittman@abernathy-law.com
1700 Redbud Boulevard, Suite 300
P.O. Box 1210
McKinney, Texas 75069-1210
Telephone: 214/544-4000
Telefax: 214/544-4040

**ATTORNEYS FOR DEFENDANT
CITY OF FRISCO, TEXAS**

## CERTIFICATE OF SERVICE

On May 22, 2015, I submitted the foregoing document, Notice of Appearance, to the clerk of the court for the U. S. District Court, Northern District of Texas. The Clerk's office then transmits paper filings to the parties by ECF. Delivery of the notice of electronic filing that is automatically generated by ECF constitutes service under Fed. R. Civ. P. 5(b)(2)(E) and 5(b)(3) and Local Rule 5.1(d). In addition, the document has been served by mail and email as shown below.

Russell J. Bowman
Bowman & Stella
800 West Airport Freeway, Suite 860
Irving, Texas  75062
Telefax:	(214) 922-0225
russelljbowman@sbcglobal.net
Attorney for Plaintiffs

Scott A. Stewart
101 ½ West Main St., Suite 200
Irving, Texas  75050
Telefax:	(866) 850-7666
Sastewartlawoffice@gmail.com
Attorney for Plaintiffs

Paul R. Smith
800 West Airport Freeway, Suite 860
Irving, Texas  75062
Telefax:	(214_ 922-0225
Paulsmith214@yahoo.com
Attorney for Plaintiffs

Andy Taylor
Amanda Peterson
Andy Taylor & Associates, P.C.
2668 Highway 36S #288
Brenham, Texas  77833
ataylor@andytaylorlaw.com
apeterson@andytaylorlaw.com
Telefax:	(713) 222-1855
Attorney for Defendants
American Traffic Solutions, Inc. and American Traffic Solutions, LLC

Kathleen Weir Bertolatus
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana
Houston, Texas 77002
Telefax:    (713) 229-7908
Kathleen.hertolatus@bakerbotts.com
Attorney for Defendants
American Traffic Solutions, Inc. and American Traffic Solutions, LLC

Timothy A. Dunn
Assistant City Attorney
P. O. Box 860358
Plano, Texas 75086-0358
Telefax:    (972) 424-0099
Timothyd@plano.gov
Attorney for Defendant
The City of Plano, Texas

Robert Fugate
Deputy City Attorney
P. O. Box 90231, Mail Stop #63-0300
Arlington, Texas 76004
Telefax:    (817) 459-6897
Robert.fugate@arlingtontx.gov
Attorney for Defendant
The City of Arlington

_____
Richard M. Abernathy