


IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JAMES H. WATSON and Others Similarly Situated, | § § § | |
| Plaintiffs, | § § | |
| v. | § | Civil Action No. 4:15-CV-0335-A |
| CITY OF ALLEN, et al., | § § | |
| Defendants. | § § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Please take notice that Edwin P. Voss, Jr., Texas State Bar No. 20620300, hereby appears in this matter as an attorney of record for the following Defendants:

1. Town of Little Elm, Texas.

2. City of Roanoke, Texas.

Dated this 26th day of May, 2015.

Respectfully submitted,

By: _____
Edwin P. Voss, Jr.
State Bar No. 20620300
740 E. Campbell Road
Suite 800
Richardson, Texas 75081
Telephone: 214-747-6100
Facsimile: 214-747-6111
E-mail: evoss@bhlaw.net

ATTORNEY FOR DEFENDANTS TOWN OF LITTLE ELM, TEXAS, AND CITY OF ROANOKE, TEXAS

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 26, 2015, a true and correct copy of the foregoing document was served upon the following parties via first class mail in accordance with the Federal Rules of Civil Procedure:

Russel J. Bowman
Bowman & Stella
800 West Airport Freeway
Suite 860
Irving, Texas  75062
Attorney for Plaintiffs

Scott A. Stewart
101 ½ West Main Street
Suite 200
Irving, Texas  75050
Attorney for Plaintiffs

Paul R. Smith
800 West Airport Freeway
Suite 860
Irving, Texas  75062
Attorney for Plaintiffs

Andy Taylor
Amanda Peterson
Andy Taylor & Associates
2668 Highway 368
#288
Brenham, Texas  77833
Attorneys for Defendants American Traffic Solutions, Inc., and American Traffic Solutions, LLC

Kathleen Weir Bertolatus
Baker Botts LLP
One Shell Plaza
910 Louisiana
Houston, Texas  77002
Attorney for Defendants American Traffic Solutions, Inc., and American Traffic Solutions, LLC

Timothy A. Dunn
Assistant City Attorney
P.O. Box 860358
Plano, Texas 75068-0358
Attorney for Defendant City of Plano, Texas

Robert Fugate
Deputy City Attorney
P.O. Box 90231, Mail Stop #63-0300
Arlington, Texas 76004
Attorney for Defendant City of Arlington

Richard Abernathy
Ross Wells
Ryan D. Pittman
Abernathy, Roeder, Boyd & Hullett, P.C.
1700 Redbud Boulevard
Suite 300
P.O. Box 1210
McKinney, Texas 75069-1210
Attorneys for Defendant City of Frisco, Texas

By: _____
Edwin P. Voss, Jr.