ORIGINAL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2015 MAY 26 PM 2: 58

CLERK OF COURT

| | |
|---|---|
| JAMES H. WATSON and § <br> Others Similarly Situated, § <br>     Plaintiffs, § <br> § <br> v. § <br> § <br> CITY OF ALLEN, CITY OF AMARILLO, § <br> CITY OF ARLINGTON, CITY OF AUSTIN, § <br> CITY OF BALCH SPRINGS, CITY OF § <br> BALCONES HEIGHTS, CITY OF § <br> BASTROP, CITY OF BAYTOWN, CITY OF § <br> BEDFORD, CITY OF BURLESON, CITY OF § <br> CEDAR HILL, CITY OF CLEVELAND, CITY § <br> OF CONROE, CITY OF COPPELL, CITY OF § <br> CORPUS CHRISTI, CITY OF DALLAS, CITY § <br> OF DENTON, CITY OF DIBOLL, CITY OF § <br> DUNCANVILLE, CITY OF EL PASO, CITY § <br> OF ELGIN, CITY OF FARMERS BRANCH, § <br> CITY OF FORT WORTH, CITY OF FRISCO, § <br> CITY OF GARLAND, CITY OF GRAND § <br> PRAIRIE, CITY OF HALTOM CITY, § <br> CITY OF HUMBLE, CITY OF HURST, § <br> CITY OF HUTTO, CITY OF IRVING, § <br> CITY OF JERSEY VILLAGE, CITY OF § <br> KILLEEN, CITY OF LEAGUE CITY, § <br> CITY OF LITTLE ELM, CITY OF § <br> LONGVIEW, CITY OF LUFKIN, CITY OF § <br> MAGNOLIA, CITY OF MARSHALL, § <br> CITY OF MESQUITE, CITY OF NORTH § <br> RICHLAND HILLS, CITY OF PLANO, § <br> CITY OF PORT LAVACA, CITY OF § <br> RICHARDSON, CITY OF RICHLAND § <br> HILLS, CITY OF ROANOKE, CITY OF § <br> ROUND ROCK, CITY OF SOUTHLAKE, § <br> CITY OF SUGAR LAND, CITY OF § <br> TOMBALL, CITY OF UNIVERSITY PARK, § <br> CITY OF WATAUGA, CITY OF WILLIS, § <br> REDFLEX TRAFFIC SYSTEMS, INC., § <br> AMERICAN TRAFFIC SOLUTIONS, INC., § <br> AMERICAN TRAFFIC SOLUTIONS, LLC, § | CIVIL ACTION NO. 4:15-CV-00335-A |

RETURN OF SERVICE - Page 1

| | |
|---|---|
| XEROX STATE & LOCAL SOLUTIONS, INC. f/k/a ACS STATE & LOCAL SOLUTIONS, INC. AND THE STATE OF TEXAS,<br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§ |

## RETURN OF SERVICE

I, Gary B. Cooper, swear under oath to the following:

That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on 05/04/15 at 9:48 a.m., instructing for same to be served upon the City of Denton.

| | | |
|---|---|---|
| That I served on | : | City of Denton. By Delivering to its Mayor, Mr. Chris Watts, a person who is over the age of 16 years old. |
| the following | : | Russell J. Bowman's May 4, 2015 Letter; CITATION; PLAINTIFF'S FIRST AMENDED PETITION; Plaintiff's First Set of Interrogatories; and Plaintiff's First Request for Production. |
| at this address | : | 215 E. McKinney Street<br>Denton, Texas 76201 |
| Manner of Delivery | : | By Certified Mail, Return Receipt Requested No. 7004 1160 0001 7806 1011 at the above listed address, which is the usual place of business of the above named person. |
| Delivered on | : | May 5, 2015 at 10:11 a.m. as demonstrated by Exhibit "A" attached hereto. |

My name is Gary B Cooper, my date of birth is August 1, 1951, and my address is 1502 Starlight Court, Granbury, Texas 76048. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on the 26th day of May, 2015.

*Gary B Cooper* (signature)
Gary B. Cooper
Texas Certification No.: SCH364
Expiration Date 05/31/2016

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Jane Richardson* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Jane R. Charcson<br>C. Date of Delivery: 5-5-15 |
| 1. Article Addressed to:<br>City of Denton,<br>Mayor, Chris Watts<br>215 E. McKinney Street<br>Denton, Texas 76201 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) 7004 1160 0001 7806 1011 | |
| PS Form 3811, February 2004 Domestic Return Receipt | 102595-02-M-1540 |

EXHIBIT
A

English        Customer Service        USPS Mobile                                        Register / Sign In



# USPS Tracking™

 **Customer Service ›**
Have questions? We're here to help.

 **Get Easy Tracking Updates ›**
Sign up for My USPS.com.

Tracking Number: **70041160000178061011**

On Time
Expected Delivery Day: **Tuesday, May 5, 2015**

## Product & Tracking Information

**Postal Product:**
Priority Mail 1-Day™

**Features:**
Certified Mail™
Up to $50 insurance included
Restrictions Apply

Return Receipt

## Available Actions

Text Updates

Email Updates

Return Receipt After Mailing

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **May 5, 2015, 10:11 am** | Delivered | **DENTON, TX 76201** |

Your item was delivered at 10:11 am on May 5, 2015 in DENTON, TX 76201.

| | | |
|---|---|---|
| May 5, 2015, 7:27 am | Sorting Complete | DENTON, TX 76201 |
| May 5, 2015, 5:27 am | Arrived at Unit | DENTON, TX 76201 |
| May 5, 2015, 1:15 am | Arrived at USPS Origin Facility | FORT WORTH, TX 76161 |
| May 4, 2015, 11:55 pm | Arrived at USPS Origin Facility | COPPELL, TX 75099 |
| May 4, 2015, 8:28 pm | Departed Post Office | DALLAS, TX 75261 |
| May 4, 2015, 10:59 am | Acceptance | DALLAS, TX 75261 |

## Track Another Package

**Tracking (or receipt) number**

[                                                 ]  Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS.com ›

