ORIGINAL

FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX
FT. WORTH DIVISION

2015 MAY 26 PM 3: 01

CLERK OF COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JAMES H. WATSON and Others Similarly Situated, Plaintiffs, | § § § § |
| v. | § CIVIL ACTION NO. 4:15-CV-00335-A |
| CITY OF ALLEN, CITY OF AMARILLO, CITY OF ARLINGTON, CITY OF AUSTIN, CITY OF BALCH SPRINGS, CITY OF BALCONES HEIGHTS, CITY OF BASTROP, CITY OF BAYTOWN, CITY OF BEDFORD, CITY OF BURLESON, CITY OF CEDAR HILL, CITY OF CLEVELAND, CITY OF CONROE, CITY OF COPPELL, CITY OF CORPUS CHRISTI, CITY OF DALLAS, CITY OF DENTON, CITY OF DIBOLL, CITY OF DUNCANVILLE, CITY OF EL PASO, CITY OF ELGIN, CITY OF FARMERS BRANCH, CITY OF FORT WORTH, CITY OF FRISCO, CITY OF GARLAND, CITY OF GRAND PRAIRIE, CITY OF HALTOM CITY, CITY OF HUMBLE, CITY OF HURST, CITY OF HUTTO, CITY OF IRVING, CITY OF JERSEY VILLAGE, CITY OF KILLEEN, CITY OF LEAGUE CITY, CITY OF LITTLE ELM, CITY OF LONGVIEW, CITY OF LUFKIN, CITY OF MAGNOLIA, CITY OF MARSHALL, CITY OF MESQUITE, CITY OF NORTH RICHLAND HILLS, CITY OF PLANO, CITY OF PORT LAVACA, CITY OF RICHARDSON, CITY OF RICHLAND HILLS, CITY OF ROANOKE, CITY OF ROUND ROCK, CITY OF SOUTHLAKE, CITY OF SUGAR LAND, CITY OF TOMBALL, CITY OF UNIVERSITY PARK, CITY OF WATAUGA, CITY OF WILLIS, REDFLEX TRAFFIC SYSTEMS, INC., AMERICAN TRAFFIC SOLUTIONS, INC., AMERICAN TRAFFIC SOLUTIONS, LLC, | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |

| | |
|---|---|
| XEROX STATE & LOCAL SOLUTIONS, | § |
| INC. f/k/a ACS STATE & LOCAL | § |
| SOLUTIONS, INC. AND | § |
| THE STATE OF TEXAS, | § |
| Defendants. | § |

## RETURN OF SERVICE

I, Gary B. Cooper, swear under oath to the following:

That I am a competent person more than 18 years of age or older and not a party to this action, nor interested in outcome of the suit. That I received the documents stated below on 05/04/15 at 9:48 a.m., instructing for same to be served upon the Redflex Traffic Systems, Inc.

| | | |
|---|---|---|
| That I served on | : | Redflex Traffic Systems, Inc. By Delivering through its Registered Agent, National Registered Agents, Inc., a person who is over the age of 16 years old. |
| the following | : | Russell J. Bowman's May 4, 2015 Letter; CITATION; PLAINTIFF'S FIRST AMENDED PETITION; and Plaintiff's First Request for Production. |
| at this address | : | 1999 Bryan Street, Suite 900<br>Dallas, Texas 75201 |
| Manner of Delivery | : | By Certified Mail, Return Receipt Requested No. 7014 2120 0003 4634 6359 at the above listed address, which is the usual place of business of the above named person. |
| Delivered on | : | May 5, 2015 at 9:06 a.m. as demonstrated by Exhibit "A" attached hereto. |

My name is Gary B Cooper, my date of birth is August 1, 1951, and my address is 1502 Starlight Court, Granbury, Texas 76048. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on the 26th day of May, 2015.

_____
Gary B. Cooper
Texas Certification No.: SCH364
Expiration Date 05/31/2016

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Chris Wells   C. Date of Delivery: MAY 0 5 2015 |
| 1. Article Addressed to:<br>Redflex Traffic Systems, Inc.<br>Through its Registered Agent<br>National Registered Agents, Inc.<br>1999 Bryan Street, Suite 900<br>Dallas, Texas 75201 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail®  ☐ Priority Mail Express™<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ Collect on Delivery |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label): 7014 2120 0003 4634 6359 | |
| PS Form 3811, July 2013   Domestic Return Receipt | |

EXHIBIT
A

English    Customer Service    USPS Mobile                                        Register / Sign In

**USPS.COM**

# USPS Tracking™


Customer Service ›
Have questions? We're here to help.


Get Easy Tracking Updates ›
Sign up for My USPS.com.

Tracking Number: **70142120000346346359**

On Time
Expected Delivery Day: **Tuesday, May 5, 2015**

## Product & Tracking Information

**Postal Product:**
Priority Mail 1-Day™

**Features:**
Certified Mail™        Return Receipt
Up to $50 insurance included
Restrictions Apply

## Available Actions

Text Updates

Email Updates

Return Receipt After Mailing

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **May 5, 2015 , 9:06 am** | Delivered | **DALLAS, TX 75201** |

Your item was delivered at 9:06 am on May 5, 2015 in DALLAS, TX 75201.

| | | |
|---|---|---|
| May 5, 2015 , 8:29 am | Arrived at Unit | DALLAS, TX 75201 |
| May 5, 2015 , 7:14 am | Out for Delivery | DALLAS, TX 75201 |
| May 5, 2015 , 7:04 am | Sorting Complete | DALLAS, TX 75201 |
| May 5, 2015 , 5:53 am | Departed USPS Facility | DALLAS, TX 75260 |
| May 5, 2015 , 2:39 am | Arrived at USPS Origin Facility | DALLAS, TX 75260 |
| May 4, 2015 , 11:57 pm | Arrived at USPS Origin Facility | COPPELL, TX 75099 |
| May 4, 2015 , 8:28 pm | Departed Post Office | DALLAS, TX 75261 |
| May 4, 2015 , 10:59 am | Acceptance | DALLAS, TX 75261 |

## Track Another Package

**Tracking (or receipt) number**

[                                    ]   Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS.com ›

