IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JAMES H. WATSON, AND OTHERS SIMILARLY SITUATED, | § § § § | |
| Plaintiffs, | § § | |
| VS. | § | NO. 4:15-CV-335-A |
| CITY OF ALLEN, ET AL., | § § § | |
| Defendants. | § | |

## FINAL JUDGMENT AS TO ADDITIONAL DEFENDANTS

Consistent with the court's order signed this date dismissing the claims of plaintiff, James H. Watson, against the remaining defendants other than the City of Southlake, Redflex Traffic Systems, Inc., and the State of Texas,

The court ORDERS, ADJUDGES, and DECREES that plaintiff's claims against defendants City of Allen, City of Arlington, City of Austin, City of Bastrop, City of Bedford, City of Cedar Hill, City of Cleveland, City of Conroe, City of Coppell, City of Corpus Christi, City of Dallas, City of Duncanville, City of Farmers Branch, City of Fort Worth, City of Frisco, City of Humble, City of Hurst, City of Jersey Village, City of League City, City of Little Elm, City of Magnolia, City of Plano, City of Port Lavaca, City of Richardson, City of Roanoke, City of Tomball, City of University Park, City of Willis, American

Traffic Solutions, Inc., and American Traffic Solutions, LLC, be, and are hereby, dismissed for lack of standing.

SIGNED July 29, 2015.

_____
JOHN McBRYDE
United States District Judge